THE HONORABLE RICHARD A. JONES

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| 9 WASHINGTON AUTISM ALLIANCE AND ADVOCACY, et al., | NO.  C12-0742-RAJ |
| 10 | |
| 11 Plaintiffs, | (PROPOSED) ORDER CONTINUING STAY |
| 12 v. | |
| 13 DOUGLAS PORTER, | |
| 14 Defendant. | |

15

16    This matter having come before the Court on the parties' Joint Motion for Continuance

17 of Stay and having been fully heard and duly considered it is hereby ORDERED that:

18    The stay will remain in effect until January 24, 2014.  If the parties have not filed a

19 stipulated motion to dismiss the case or further joint status report by January 24, 2014, the

20 court will enter an amended scheduling order and reinstate the case.

21    DATED this 30th day of September, 2013

22

23

24

*Richard A Jones*

25    The Honorable Richard A. Jones
United States District Judge

26

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565