THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| WASHINGTON AUTISM ALLIANCE AND ADVOCACY, et al., | NO. C12-0742-RAJ |
|---|---|
| Plaintiffs, | ~~(PROPOSED)~~ ORDER GRANTING STAY |
| v. | |
| DOUGLAS PORTER, | |
| Defendant. | |

This matter having come before the Court on the parties' Joint Motion for Continuance of Stay and having been fully heard and duly considered it is hereby ORDERED that:

The stay will remain in effect until May 24, 2014. If the parties have not filed a stipulated motion to dismiss the case or further joint status report by May 24, 2014, the Court will enter an amended scheduling order and reinstate the case.

DATED this 27th day of January, 2014.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING STAY
NO. C12-0742-RAJ

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565